**SIBLEY SYNDICATE, Harry Allen, Successor Trustee, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9166.

Circuit Court of Appeals, Sixth Circuit.

Oct. 17, 1942.

Harry Allen, of Detroit, Mich., Harry B. Sutter and Peter L. Wentz, both of Chicago, Ill., and Samuel H. Horne, of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Roy N. McMillan, J. Louis Monarch, and Edward H. Hammond, all of Washington, D. C., for respondent.

Before SIMONS, ALLEN, and McALLISTER, Circuit Judges.

PER CURIAM.

This is an appeal from a decision of the Board of Tax Appeals holding the trust petitioner to be an association and taxable as such within the purview of Sec. 1001 of the Revenue Act of 1936, 26 U.S.C.A. Int.Rev.Acts, page 971, and similar provisions of preceding and subsequent Acts, and upon consideration of the briefs and record filed in the cause and the oral argument of counsel, it is the view of the court that the trust has the distinguishing features of an association as they are enumerated in the case of Morrissey v. Commission, 296 U.S. 344, 56 S.Ct. 289, 80 L.Ed. 263, and companion cases, and that there are no material or controlling distinctions between the present trust and that adjudicated as an association in Nashville Trust Co. v. Cotros, 6 Cir., 122 F.2d 326.

It is ordered that the decision of the Board of Tax Appeals be, and it is hereby, affirmed.

**UNITED STATES of America v. ASSOCIATED PETROLEUM PROPERTIES, a Trust Estate, Provident Trust, a Trust Estate, E. R. Perry and S. L. Dedman.**

No. 2645.

Circuit Court of Appeals, Tenth Circuit.

Nov. 3, 1942.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellant.

Charles A. Coakley, of Tulsa, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

**Jesse WEBSTER et al., Appellants, v. DETROIT SULPHITE TRANSPORTATION COMPANY et al., Appellees.**

No. 9106.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1942.

Thomas J. Rafferty of Detroit, Mich., for appellants.

Hill, Hamblen, Essery & Lewis, of Detroit, Mich., for appellees.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the record, the brief of appellant, appellant's counsel having been excused from oral argument, and the brief and argument of appellee; on consideration whereof, it is ordered and adjudged that the judgment appealed from be and the same is in all things affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge in Buttimer v. Detroit Sulphite Transp. Co. et al., D.C., 39 F.Supp. 222.